**JS-6
O**

# United States District Court
## Central District of California

| | |
|---|---|
| DIANNE SEARLES, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br>NAVAJO EXPRESS, INC., a Colorado corporation; and DOES 1-50, inclusive,<br>　　　　　　Defendants. | Case № 5:16-cv-02504-ODW (DTB)<br><br>**ORDER GRANTING MOTION TO REMAND AS UNOPPOSED [17]** |

///
///
///
///
///
///
///
///
///

On December 30, 2016, Plaintiff filed a motion seeking to remand this class action to the Superior Court of California, County of San Bernardino based on Defendant's failure to prove that the amount in controversy exceeds five million dollars. (ECF Nos. 16–17.) Defendant filed a notice of non-opposition to the motion on January 13, 2017. (ECF No. 20.) Accordingly, the Court **GRANTS** the motion and remands the case to the Superior Court for further proceedings.

**IT IS SO ORDERED.**

January 13, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**